1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   Case No.: ED 15-00381M
                                )
12           Plaintiff,          )   ORDER OF DETENTION PENDING
                                )   FURTHER REVOCATION
        v.                      )   PROCEEDINGS
13  DAVID LEYVA ELIZONDO,       )   (FED. R. CRIM. P. 32.1(a)(6); 18
                                )   U.S.C. § 3143(a)(1))
14                              )
             Defendant.         )
15  _____)

16      The defendant having been arrested in this District pursuant to a warrant
17  issued by the United States District Court for the SOUTHERN District of
18  CALIFORNIA for alleged violation(s) of the terms and conditions of probation or
19  supervised release; and
20      Having conducted a detention hearing pursuant to Federal Rule of Criminal
21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22  A.  (X)  The defendant has not met his/her burden of establishing by clear and
23           convincing evidence that he/she is not likely to flee if released under 18
24           U.S.C. § 3142(b) or (c).  This finding is based on the following:
25           (X)  information in the Pretrial Services Report and Recommendation
26           (X)  information in the violation petition and report(s)
27           (X)  the defendant's nonobjection to detention at this time
28           ( )  other: <u>Allegations of failing to report and absconting</u>

1            and/ or

2  B. (X)    The defendant has not met his/her burden of establishing by clear and
3            convincing evidence that he/she is not likely to pose a danger to the safety
4            of any other person or the community if released under 18 U.S.C.
5            § 3142(b) or (c). This finding is based on the following:
6            (X)   information in the Pretrial Services Report and Recommendation
7            (X)   information in the violation petition and report(s)
8            (X)   the defendant's nonobjection to detention at this time
9            ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated:   October 5, 2015
                                         _____
15                                            KENLY KIYA KATO
                                         United States Magistrate Judge

2